DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
RAMIREZ, LINDSAY

Case No. 08-00420-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $31.84, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 1 | BENTON COUNTY DISTRICT COURT<br>7122 W OKANOGAN PL<br>KENNEWICK, WA  99336 | $31.84 |

Dated: August 03, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874802    8/6/10    $31.84

08-00420-FLK13    Doc 70    Filed 08/06/10    Entered 08/06/10 10:56:50    Pg 1 of 1