DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
RAMIREZ, LINDSAY

Case No. 08-00420-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $23.17, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 1 | BENTON COUNTY DISTRICT COURT<br>7122 W OKANOGAN PL<br>KENNEWICK, WA 99336 | $23.17 |

Dated: May 03, 2011

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4876078          5-10-11          $23.17